UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT



| | |
|---|---|
| UNITED STATES OF AMERICA | : Criminal No. 3:17CR 2 (RNC) |
| | : |
| | : VIOLATIONS: |
| v. | : |
| | : 18 U.S.C. Section 1343 (Wire Fraud) |
| JOHN VOLOSHIN | : 18 U.S.C. Section 2 (Aiding and Abetting) |

INFORMATION

The United States Attorney charges:

COUNT ONE
(Wire Fraud)

1.   At all relevant times, the defendant, JOHN VOLOSHIN ("VOLOSHIN"), represented himself as a sophisticated financial investor residing and doing business in the State of Connecticut. Also at all relevant times, VOLOSHIN was on supervised release in connection with his prior federal conviction for mail fraud, in violation of Title 18, United States Code, Section 1341.

The Scheme to Defraud

2.   Beginning in or around November 2015, the precise date being unknown to the United States Attorney, and continuing until at least May 2016, in the District of Connecticut and elsewhere, VOLOSHIN willfully, knowingly, and with intent to defraud, devised and intended to devise a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and did transmit and caused to be transmitted by

6. It was further part of the scheme to defraud that, in the following weeks, VOLOSHIN spent approximately $50,000 of the $90,000 for his personal benefit and to enrich himself.

7. It was further part of the scheme and artifice to defraud that in or around April 2016, the precise dates being unknown to the United States Attorney, that VOLOSHIN represented to J.R. that an investment of J.R.'s money would generate a promised return. However, as VOLOSHIN knew at the time but did not disclose to J.R., VOLOSHIN intended to spend some of J.R.'s money for his personal benefit and to enrich himself.

8. It was further part of the scheme and artifice to defraud that VOLOSHIN drafted a "Joint Venture Agreement," which purported to guarantee J.R.'s investment, and sent it in an interstate e-mail communication to J.R.

9. It was further part of the scheme and artifice to defraud that VOLOSHIN and J.R. exchanged several interstate e-mail communications regarding revisions to this Joint Venture Agreement.

10. On April 29, 2016, J.R. sent a wire transfer for $185,000 from J.R.'s account in Virginia to an account controlled by VOLOSHIN in Connecticut. VOLOSHIN then caused $127,000 of this $185,000 to be sent via wire transfer to Company C.

11. It was further part of the scheme and artifice to defraud that VOLOSHIN retained approximately $58,000 of J.R.'s money for his personal benefit and to enrich himself.

12. It was further part of the scheme and artifice to defraud that in or around May 2016, the precise date being unknown to the United States Attorney, VOLOSHIN falsely notified J.R. that the investment was almost finalized, but that VOLOSHIN needed an additional amount of money to cover the final expenses and attorney fees. By that time, VOLOSHIN had spent the majority of the $58,000 of J.R.'s money that VOLOSHIN previously had retained.

13. On May 25, 2016, J.R. sent a $17,250 wire transfer from J.R.'s account in Virginia to an account controlled by VOLOSHIN in Connecticut.

14. It was further part of the scheme and artifice to defraud that VOLOSHIN concealed the scheme from M.R., A.T., the L. Group, J.R., and the United States Probation Office.

## Charged Execution of the Scheme to Defraud

15. On or about January 22, 2016, in the District of Connecticut and elsewhere, for the purpose of executing and attempting to execute the aforementioned scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises as described above, VOLOSHIN did knowingly transmit, and cause to be transmitted, by means of wire communication in interstate commerce, certain writings, signs,

signals and sounds, that is, a $90,000 wire transfer from the account of A.T.'s employer, the L. Group, in New York to an account controlled by VOLOSHIN in Connecticut.

    All in violation of Title 18, United States Code, Sections 1343 and 2.

UNITED STATES OF AMERICA

_/s/ Deirdre M. Daly_
DEIRDRE M. DALY
UNITED STATES ATTORNEY

_/s/ Marc H. Silverman_
MARC H. SILVERMAN
ASSISTANT UNITED STATES ATTORNEY